1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  POOJA KUMAR
   Nevada Bar No. 12988
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  pkumar@psalaw.net

8  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
9

10                 UNITED STATES DISTRICT COURT

11                      DISTRICT OF NEVADA

12 | CHRISTINA BROWN, individually,            | Case No.: 2:17-cv-02076-KJD-VCF
13 |                Plaintiff,
14 | v.                                        | **STIPULATION AND ORDER FOR**
   |                                            | **DISMISSAL WITH PREJUDICE**
15 | WAL-MART STORES, INC., a foreign
   | corporation; DOES I through XX; and ROE
16 | CORPORATIONS I through XX, inclusive,
17 |                Defendants.

18

19      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

20 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 20th day of December, 2017.        DATED this 20th day of December, 2017.

3  PASTERNOSTER LAW GROUP, LLC                   PHILLIPS, SPALLAS & ANGSTADT

4  _____                   _____

5  Dustin E. Birch, Esq.                         Pooja Kumar, Esq.
   400 S. Fourth St.                             504 South Ninth Street
6  Las Vegas, Nevada 89101                       Las Vegas, Nevada 89101
7  *Attorneys for Plaintiff*                     *Attorneys for Defendant*
   *Christina Brown*                             *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 21st day of December, 2017.

_____
**UNITED STATES DISTRICT JUDGE**